Núm. 9136.—PUEBLO, apldo. *v.* ROSADO, aplte.—C. D. San Juan. Marzo 25, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, el acusado apelante fué convicto de un delito de infracción del artículo 287 del Código Penal, mediante denuncia que dice:

"El referido acusado, Sabad Rosado, allí y entonces, ilegal, voluntaria y maliciosamente, a sabiendas, tenía y tiene establecida, una casa de citas deshonestas, donde concurren personas de ambos sexos, más de una vez, con el fin de realizar actos de prostitución y lascivia, arrendando habitaciones con sus camas, a hombres y mujeres, para realizar actos carnales, violando el acusado de esa manera, lo dispuesto en el Artículo 287 del Código Penal vigente en Puerto Rico."

POR CUANTO, no obstante ser cierto, como sostiene el apelante, que la denuncia no alega, usando las mismas palabras del estatuto, que la casa que el acusado tenía y tiene establecida es "una casa de lenocinio", dicha denuncia debe ser sostenida como suficiente para informar al acusado de la naturaleza del delito que se le imputa, toda vez que las alegaciones descriptivas de los fines a que se dedica dicha casa y los actos que en la misma se realizan, constituyen una descripción exacta de lo que se entiende por "casa de lenocinio". (*Pueblo* v. *Reyes,* 26 D.P.R. 581; *Pueblo* v. *Bracero,* 27 D.P.R. 124; *Pueblo* v. *Avilés,* 30 D.P.R. 842.)

Por cuanto, examinada la prueba ofrecida por El Pueblo, la misma es a nuestro juicio suficiente para sostener la denuncia y justificar la sentencia recurrida.

Por lo tanto, se confirma la sentencia que dictó la Corte de Distrito de San Juan en. febrero 25 de 1940.